UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
AGENCE FRANCE-PRESSE,                                       :
:
                           Plaintiff,          :
:         25-CV-3963 (VSB)
           -against-                                    :
:         **ORDER**
GUARDIAN BOOTH LLC, *et al.*,                               :
:
                        Defendants.         :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on May 12, 2025, (Doc. 1), and filed an affidavit of service on June 9, 2025, (Doc. 8).  The deadline for Defendant Guardian Booth LLC to respond to Plaintiff's complaint was June 24, 2025.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 15, 2025.  If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 30, 2025
            New York, New York

                                                                  VERNON S. BRODERICK
                                                                   United States District Judge